**Scotland Eugene WILLIAMS, Plaintiff—Appellant,**

v.

**Karen GARDNER; Teresa Williams, Defendants—Appellees.**

No. 05–7599.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 22, 2005.

Scotland E. Williams, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Scotland E. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Gardner,* No. CA–04–953–AMD (D.Md. Sept. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*